1  **Thimesch Law Offices**
   TIMOTHY S. THIMESCH, Esq. (No. 148213)
2     tim@thimeschlaw.com
   158 Hilltop Crescent
3  Walnut Creek, CA 94597-3457
   Telephone: (925)588-0401
4
   Attorneys for Plaintiff CRAIG YATES
5

6

7

8                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
9

10 | CRAIG YATES,                          | CASE NO. CV-10-05404 MEJ
   |                                        | Civil Rights
11 |        PLAINTIFF,                      |
   |                                        |
12 | V.                                     | **LIMITED REQUEST FOR DISMISSAL
   |                                        | WITHOUT PREJUDICE OF SELECTED
13 | YEE MEI CHEUNG & FAMILY; YEE           | PARTIES; [Proposed] ORDER**
   | MEI CHEUNG; TAT CHEUNG;
14 | MACIEL CICERO; LAGHAEI FARID;
   | WAI BING CHEUNG; YOUNG NG
15 | YING; VILLAGE PIZZERIA;
   | VILLAGE PIZZERIA, INC.;
16 | THIDWICK BOOKS; LEA GREY;
   | PERIOD GEORGE; GIBSON LINES,
17 | LLC; DONALD GIBSON; AND DOES
   | 1 THROUGH 50, INCLUSIVE,
18 |
   |        Defendants.
19 | _____/

20

21      Upon the representation of the several Defendants that

22 THIDWICK BOOKS (which is one of three public accommodations at

23 issue in this case) has permanently closed, Plaintiff requests

24 the dismissal without prejudice of Defendants THIDWICK BOOKS and

25 LEA GREY.  This request shall not affect the status of pending

26 ////

27

28

---

**Thimesch Law Offices**
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Limited Request for Dismissal Without Prejudice of Selected Parties:
Case No. CV-10-05404 MEJ**

1  claims against the remaining Defendants.

2

3  Dated: May 16, 2011         THIMESCH LAW OFFICES
                               TIMOTHY S. THIMESCH
4
5                              _____
                               Attorneys for Plaintiff
6                              CRAIG YATES
7
8
9
                                       **ORDER**
10
       SO ORDERED.
11
12
                                                          .
13
                May 17, 2011
14  DATED:    _____    _____
                                         HON. MARIA-ELENA JAMES
15                                       MAGISTRATE JUDGE
                                         U.S. DISTRICT COURT
16

17

18

19

20

21

22

23

24

25

26

27

28

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Limited Request for Dismissal Without Prejudice of Selected Parties:**   — 2 —
**Case No. CV-10-05404 MEJ**