Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
   tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3457
Telephone: (925)588-0401

Attorneys for Plaintiff CRAIG YATES

CATHERINE M. CORFEE, ESQ.
SBN 155064
CORFEE STONE & ASSOCIATES
   catherine@corfeestone.com
6503 Grant Avenue
Carmichael, CA 95608
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

Attorneys for Defendants PERIOD GEORGE; GIBSON LINES, LLC; and DONALD GIBSON

RICHARD L. BECKMAN, ESQ.
SBN 148375
BECKMAN MARQUEZ & DOWLING LLP
   rich@beckmanblairllp.com
Central Tower Building
703 Market Street, Suite 1610
San Francisco, CA 94103
Tel: (415) 495-8500
Fax: (415) 495-8590

Attorneys for Defendants VILLAGE PIZZERIA and CICERO MACIEL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    PLAINTIFF,<br><br>V.<br><br>YEE MEI CHEUNG & FAMILY; YEE MEI CHEUNG; TAT CHEUNG; MACIEL CICERO; LAGHAEI FARID; WAI BING CHEUNG; YOUNG NG YING; VILLAGE PIZZERIA; VILLAGE PIZZERIA, INC.; THIDWICK BOOKS; LEA GREY; PERIOD GEORGE; GIBSON LINES, LLC; DONALD GIBSON; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants.<br>_____/ | CASE NO. CV-10-05404 MEJ<br>Civil Rights<br><br>**STIPULATED REQUEST TO LIFT STAY ON DISCOVERY TO PERMIT DEPOSITION OF LANDLORD'S AGENT; [Proposed] ORDER** |

Plaintiff and the undersigned Defendants (who, thus far, are the only Defendants who have appeared in this case) request

---

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation of Good Cause to Limited Lift of Stay to Depose Landlord's Agent:
Case No. CV-10-05404 MEJ**

1  that the Court partially lift the stay imposed by General Order
2  56 and the Scheduling Order of November 29, 2010 (at CD 6) to
3  permit Plaintiff to Notice the Deposition of Vincent Ng of
4  Millbrae.  Ng is the landlords' agent who collects the rent and
5  maintains the premises.  It is believed that he will be able to
6  identify the whereabouts of the various landlord Defendants for
7  purposes of affecting formal service of process.  Such
8  Defendants are YEE MEI CHEUNG & FAMILY; YEE MEI CHEUNG; TAT
9  CHEUNG; LAGHAEI FARID; and WAI BING CHEUNG. Plaintiff's counsel
10 represents that the only known address for all the Landlord-
11 Defendants is the post office box listed with the County
12 Assessor, and that service attempts at all known and suspected
13 addresses have failed.  Defendants further represent they do not
14 have a physical address for the landlord, but can only identify
15 the foregoing agent.  Plaintiff represents that Mr. Ng is not
16 ////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation of Good Cause to Limited Lift of Stay to Depose Landlord's Agent:**
**Case No. CV-10-05404 MEJ**

— 2 —

1  cooperating with informal attempts to obtain this information.
2       SO STIPULATED.
3
4  Dated: May 18, 2011           THIMESCH LAW OFFICES
                                 TIMOTHY S. THIMESCH
5
                                 /s/ Authorized Signed
6                                Attorneys for Plaintiff
                                 CRAIG YATES
7
8  Dated: May 18, 2011           CATHERINE M. CORFEE, ESQ.
                                 CORFEE STONE & ASSOCIATES
9
                                 /s/ Authorized Signed
10                               Attorneys for Defendants
                                 PERIOD GEORGE; GIBSON LINES, LLC;
11                               and DONALD GIBSON
12
13 Dated: May 18, 2011           RICHARD L. BECKMAN, ESQ.
                                 BECKMAN MARQUEZ & DOWLING LLP
14
                                 /s/ Authorized Signed
15                               Attorneys for Defendants
                                 VILLAGE PIZZERIA and CICERO MACIEL
16
17
18
19                           **ORDER**
20       SO ORDERED.
21
22
23                                                      .
24  DATED:  May 19, 2011
                                 HON. MARIA-ELENA JAMES
25                               MAGISTRATE JUDGE
                                 U.S. DISTRICT COURT
26
27
28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation of Good Cause to Limited Lift of Stay to Depose Landlord's Agent:**
**Case No. CV-10-05404 MEJ**                                                — 3 —