**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
   tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3457
Telephone: (925)588-0401

Attorneys for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>          PLAINTIFF,<br><br>V.<br><br>YEE MEI CHEUNG & FAMILY; YEE MEI CHEUNG; TAT CHEUNG; MACIEL CICERO; LAGHAEI FARID; WAI BING CHEUNG; YOUNG NG YING; VILLAGE PIZZERIA; VILLAGE PIZZERIA, INC.; THIDWICK BOOKS; LEA GREY; PERIOD GEORGE; GIBSON LINES, LLC; DONALD GIBSON; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>          Defendants.<br>_____/ | CASE NO. CV-10-05404 MEJ<br>Civil Rights<br><br>**LIMITED REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF SELECTED PARTIES AND WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT;** [~~Proposed~~] **ORDER** |

     Plaintiff is pleased to report that he has reached a complete settlement of his claims against Defendants PERIOD GEORGE; GIBSON LINES, LLC; and DONALD GIBSON. Accordingly, Plaintiff requests the dismissal without prejudice of Defendants PERIOD GEORGE; GIBSON LINES, LLC; and DONALD GIBSON, but with the court maintaining jurisdiction to interpret and enforce the settlement agreement. This request

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Limited Request for Dismissal Without Prejudice of Selected Parties:**
**Case No. CV-10-05404 MEJ**

```
 1  shall not affect the status of pending claims against the
 2  remaining Defendants.
 3
 4  Dated: May 16, 2011           THIMESCH LAW OFFICES
                                  TIMOTHY S. THIMESCH
 5
 6                                _____
 7                                Attorneys for Plaintiff
                                  CRAIG YATES
 8
 9  APPROVED AS TO FORM:
10  Dated: May 16, 2011           CATHERINE M. CORFEE, ESQ.
                                  CORFEE STONE & ASSOCIATES
11
                                  /s/ Authorized Signed
12                                _____
                                  Attorneys for Defendants
13                                PERIOD GEORGE; GIBSON LINES, LLC;
                                  and DONALD GIBSON
```

**ORDER**

SO ORDERED.

DATED: June 20, 2011

HON. MARIA-ELENA JAMES
MAGISTRATE JUDGE
U.S. DISTRICT COURT

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Limited Request for Dismissal Without Prejudice of Selected Parties:**
**Case No. CV-10-05404 MEJ**

— 2 —