**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
   tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3457
Telephone: (925)588-0401

Attorneys for Plaintiff CRAIG YATES


RICHARD L. BECKMAN, ESQ.
SBN 148375
BECKMAN MARQUEZ & DOWLING LLP
   rich@beckmanblairllp.com
Central Tower Building
703 Market Street, Suite 1610
San Francisco, CA 94103
Tel: (415) 495-8500
Fax: (415) 495-8590

Attorneys for Defendants
VILLAGE PIZZERIA and CICERO MACIEL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>           PLAINTIFF,<br><br>V.<br><br>YEE MEI CHEUNG & FAMILY; YEE MEI CHEUNG; TAT CHEUNG; MACIEL CICERO; LAGHAEI FARID; WAI BING CHEUNG; YOUNG NG YING; VILLAGE PIZZERIA; VILLAGE PIZZERIA, INC.; THIDWICK BOOKS; LEA GREY; PERIOD GEORGE; GIBSON LINES, LLC; DONALD GIBSON; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>           Defendants.<br>_____/ | CASE NO. CV-10-05404 MEJ<br>Civil Rights<br><br>**SECOND STIPULATED REQUEST TO LIFT STAY ON DISCOVERY TO PERMIT DEPOSITION OF LANDLORD'S AGENT; [Proposed] ORDER** |

   Plaintiff and the undersigned Defendants (who, thus far, are the only Defendants who have appeared and are remaining in thE case) request that the Court partially lift the stay imposed

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation of Good Cause to Limited Lift of Stay to Depose Landlord's Agent:
Case No. CV-10-05404 MEJ**

1  by General Order 56 and the Scheduling Order of November 29,
2  2010 (at CD 6) to permit Plaintiff to notice the depositions of
3  Steve and Dave Dobson of Millbrae. This is the second such
4  request. Previously, the Parties obtained an order to depose
5  agent Vincent Ng of Millbrae, but whom Plaintiff served, but Ng
6  either did not received proper service, or did receive proper
7  and failed to show (Plaintiff's counsel represents that Mr. Ng
8  uses the same post office box address as the landlord, and
9  reverse address investigations failed to turn up a new address).
10     The two Dobsons are also the landlords' agent. They do in
11 fact correspond with tenants concerning the lease, and, on
12 information and belief, help collects the rent and maintain the
13 premises. It is believed that they will be able to identify the
14 whereabouts of the various landlord Defendants for purposes of
15 affecting formal service of process. Such Defendants are YEE
16 MEI CHEUNG & FAMILY; YEE MEI CHEUNG; TAT CHEUNG; LAGHAEI FARID;
17 and WAI BING CHEUNG. Plaintiff's counsel represents that the
18 only known address for all the Landlord-Defendants is the post
19 office box listed with the County Assessor, and that service
20 attempts at all known and suspected addresses have failed.
21 Defendants further represent they do not have a physical address
22 for the landlord, but can only identify the foregoing agents.
23 Plaintiff represents that Messrs. Dobson are not cooperating
24 with informal attempts to obtain this information.
25     SO STIPULATED.
26 Dated: March 19, 2012          THIMESCH LAW OFFICES
                                  TIMOTHY S. THIMESCH
27
                                  /s/ Authorized Signed
28                                Attorneys for Plaintiff CRAIG YATES

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation of Good Cause to Limited Lift of Stay to Depose Landlord's Agent:**
**Case No. CV-10-05404 MEJ**                — 2 —

```
Dated: March 19, 2012          RICHARD L. BECKMAN, ESQ.
                               BECKMAN MARQUEZ & DOWLING LLP

                               /s/ Authorized Signed
                               Attorneys for Defendants
                               VILLAGE PIZZERIA and CICERO MACIEL
```

**ORDER**

SO ORDERED.

DATED: March 20, 2012

HON. MARIA-ELENA JAMES
MAGISTRATE JUDGE
U.S. DISTRICT COURT

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation of Good Cause to Limited Lift of Stay to Depose Landlord's Agent:** — 3 —
**Case No. CV-10-05404 MEJ**