Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
   tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3457
Telephone: (925)588-0401

Attorneys for Plaintiff CRAIG YATES


RICHARD L. BECKMAN, ESQ.
SBN 148375
BECKMAN MARQUEZ & DOWLING LLP
   rich@beckmanblairllp.com
Central Tower Building
703 Market Street, Suite 1610
San Francisco, CA 94103
Tel: (415) 495-8500
Fax: (415) 495-8590

Attorneys for Defendants VILLAGE
PIZZERIA and CICERO MACIEL


                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| CRAIG YATES, | CASE NO. CV-10-05404 MEJ |
| | Civil Rights |
| PLAINTIFF, | |
| V. | **STIPULATED REQUEST TO LIFT STAY ON DISCOVERY; [Proposed] ORDER** |
| YEE MEI CHEUNG & FAMILY; YEE MEI CHEUNG; TAT CHEUNG; MACIEL CICERO; LAGHAEI FARID; WAI BING CHEUNG; YOUNG NG YING; VILLAGE PIZZERIA; VILLAGE PIZZERIA, INC.; THIDWICK BOOKS; LEA GREY; PERIOD GEORGE; GIBSON LINES, LLC; DONALD GIBSON; AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. / | |

TO THE COURT:

The parties represent that they have completed all steps

---

**Stipulation of Good Cause to Limited Lift of Stay to Permit Discovery:**
**Case No. CV-10-05404 MEJ**

required under General Order 56, and therefore now request the Court lift all stays and set a case management conference.

SO STIPULATED.

Dated: March 29, 2012           THIMESCH LAW OFFICES
                                TIMOTHY S. THIMESCH

                                /s/ Authorized Signed
                                Attorneys for Plaintiff
                                CRAIG YATES

Dated: March 29, 2012           RICHARD L. BECKMAN, ESQ.
                                BECKMAN MARQUEZ & DOWLING LLP

                                /s/ Authorized Signed
                                Attorneys for Defendants
                                VILLAGE PIZZERIA and CICERO MACIEL

**ORDER**

SO ORDERED. A case management conference shall be held on May 10, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The shall file a joint c.m.c. statement by May 3, 2012.

DATED: March 29, 2012

HON. MARIA ELENA JAMES
MAGISTRATE JUDGE
U.S. DISTRICT COURT

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation of Good Cause to Limited Lift of Stay to Permit Discovery:**
**Case No. CV-10-05404 MEJ**                    — 2 —