Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com

Attorneys for Plaintiff CRAIG YATES

RICHARD L. BECKMAN, ESQ.
SBN 148375
BECKMAN MARQUEZ & DOWLING LLP
   rich@beckmanblairllp.com
Central Tower Building
703 Market Street, Suite 1610
San Francisco, CA 94103
Tel: (415) 495-8500
Fax: (415) 495-8590

Attorneys for Defendants VILLAGE PIZZERIA; VILLAGE PIZZERIA, INC.; and MACIEL CICERO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>            Plaintiff,<br><br>v.<br><br>YEE MEI CHEUNG & FAMILY; YEE MEI CHEUNG; TAT CHEUNG; MACIEL CICERO; LAGHAEI FARID; WAI BING CHEUNG; YOUNG NG YING; VILLAGE PIZZERIA; VILLAGE PIZZERIA, INC.; THIDWICK BOOKS; LEA GREY; PERIOD GEORGE; GIBSON LINES, LLC; DONALD GIBSON; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>            Defendants.<br>_____ / | CASE NO. CV-10-05404 MEJ<br>Civil Rights<br><br>STIPULATION AND [Proposed]<br>ORDER REQUESTING SHORT CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND PROVIDING A STATUS ON SERVICE EFFORTS<br><br>**Conference:**<br>Date: May 10, 2012<br>Time: 10 AM<br>Place: Courtroom B, 15th Floor |

**TO THE COURT:**

The Parties hereby provide a status report on efforts to bring the remaining defendants into the case, and they also

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order to Permit Short Continuance of Case Management:
Case No. CV-10-05404 MEJ**

request a short three-week continuance of the Case Management Conference to permit their further appearances and participation.

By Order dated March 29, the Court Ordered that Defendants YEE MEI CHEUNG & FAMILY; YEE MEI CHEUNG; TAT CHEUNG; MACIEL CICERO; LAGHAEI FARID; WAI BING CHEUNG; and YOUNG NG YING, who are the owners and landlords of the subject property, be served by a variety of methods, including by publication in the San Francisco Chronicle, service by mail at their last known address, and by including copies of the summons and other initial pleadings with the monthly rent check.  All ordered steps have been completed, and proofs are in the process of being filed.  As to the publication, the Chronicle published the last required segment on April 30.  Plaintiff's counsel represents that he has not yet heard from any party purporting to represent these Defendants.  Their responsive pleadings are now due on May 21, 2012.

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order to Permit Short Continuance of Case Management:**
**Case No. CV-10-05404 MEJ**

— 2 —

Therefore, and to permit entry and participation of the remaining defendants, the Parties request that Court continue the Status Conference to May 31.

**SO STIPULATED.**

```
Dated: May 1, 2012           TIMOTHY S. THIMESCH
                             THIMESCH LAW OFFICE

                             /s/ Authorized Signed
                             Attorneys for Plaintiff
                             CRAIG YATES


Dated: May 1, 2012           RICHARD L. BECKMAN, ESQ.
                             BECKMAN MARQUEZ & DOWLING LLP

                             /s/ Authorized Signed
                             Attorneys for Defendants
                             VILLAGE PIZZERIA; VILLAGE PIZZERIA,
                             INC.; and MACIEL CICERO
```

**ORDER**

SO ORDERED. The Case Management Conference is continued to May 31, 2012 at 10 AM, with a Joint Report due on May 24.

Dated: May 2, 2012

HON. MARIA-ELENA JAMES
MAGISTRATE Judge
U.S. District Court

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order to Permit Short Continuance of Case Management:
Case No. CV-10-05404 MEJ**                                                          — 3 —