UNITED STATES DISTRICT COURT

Northern District of California

CRAIG YATES,                      No. C 10-05404 MEJ

        Plaintiff(s),            **ORDER VACATING CMC**

  v.

YEE MEI CHEUNG AND FAMILY,

        Defendant(s).
_____/

This matter is currently scheduled for a case management conference on May 31, 2012. As no joint statement has been filed, the Court VACATES the conference and ORDERS the parties to file a joint status report by June 14, 2012.

**IT IS SO ORDERED.**

Dated: May 25, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge