1  Jason G. Gong (SBN 181298)
   LAW OFFICE OF JASON G. GONG
2  A Professional Corporation
   2121 N. California Blvd., Suite 290
3  Walnut Creek, CA  94596
   Telephone:  (925) 735-3800
4  Facsimile: (925) 735-3801
   Email: jgong@gonglawfirm.com
5
   Attorney for Defendants
6  YEE MEI CHEUNG & FAMILY; YEE MEI CHEUNG;
   TAT CHEUNG; WAI BING CHEUNG; YOUNG NG YING
7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CRAIG YATES,                          )  Case No. 3:10-cv-05404-TEH
                                          )
12              Plaintiff,                )
                                          )  **STIPULATION AND [PROPOSED]**
13       vs.                              )  **ORDER TO CONTINUE HEARING ON**
                                          )  **CASE MANAGEMENT CONFERENCE**
14  YEE MEI CHEUNG & FAMILY; YEE          )
    MEI CHEUNG; TAT CHEUNG; MACIEL        )
15  CICERO; LAGHAEI FARID; WAI BING       )  Complaint Filed:  November 29, 2010
    CHEUNG; YOUNG NG YING; VILLAGE        )  Trial Date:  None
16  PIZZERIA; VILLAGE PIZZERIA, INC.;     )
    THIDWICK BOOKS; LEA GREY;             )
17  PERIOD GEORGE; BIGSON LINES, LLC;     )
    DONALD GIBSON; and DOES 1 through     )
18  50, Inclusive,                        )
                                          )
19              Defendants.               )
    _____ )
20

21       Plaintiff CRAIG YATES ("Plaintiff"), an individual, and Defendants YEE MEI

22  CHEUNG & FAMILY, YEE MEI CHEUNG, TAT CHEUNG, WAI BING CHEUNG, YOUNG

23  NG YING; MACIEL CICERO; VILLAGE PIZZERIA; and VILLAGE PIZZERIA, INC.

24  ("Defendants"), by and through their respective counsel of record, hereby request and make the

25  following stipulation:

26       1.   WHEREAS, the Court has set this matter for hearing on August 27, 2012 at 1:30

27  p.m. for a Case Management Conference;

28       2.   WHEREAS, counsel for Defendants YEE MEI CHEUNG & FAMILY, YEE MEI

_____
*Yates v. Yee Mei Cheung & Family, et al.*, Case No. 3:10-cv-05404-TEH
Stipulation and [Proposed] Order to Continue Hearing on Case Management Conference
1

1  CHEUNG, TAT CHEUNG, WAI BING CHEUNG, and YOUNG NG YING is unavailable to
2  attend the Case Management Conference due to a hearing set on another matter at 2:00 p.m.
3  before District Court Judge Gonzalez in the Oakland Federal Courthouse located at 1301 Clay
4  Street, Oakland, CA 94612;
5         3.      WHEREAS, Plaintiff and Defendants seek to continue the Case Management
6  Conference until the next available hearing date on this Court's calendar, which is September 10,
7  2012 at 1:30 p.m.;
8         **IT IS SO STIPULATED BY THE PARTIES:**
9         1.      That the Court may continue the August 27, 2012 Case Management Conference
10 until September 10, 2012 at 1:30 p.m.;
11        2.      That the parties will file their joint statement by August 20, 2012.

13 Dated:  August 6, 2012                    TIMOTHY S. THIMESCH,
                                             **THIMESCH LAW OFFICES**

                                             */s/ Timothy S. Thimesch*
15                              By:  _____
                                             Timothy S. Thimesch
16                                           Attorneys for Plaintiff CRAIG YATES, an
                                             individual

18 Dated:  August 6, 2012                    LAW OFFICE OF JASON G. GONG
                                             *A Professional Corporation*
19
                                             */s/ Jason G. Gong*
20
                                By:  _____
21                                           Jason G. Gong
                                             Attorney for Defendants YEE MEI CHEUNG &
22                                           FAMILY; YEE MEI CHEUNG; TAT CHEUNG;
                                             WAI BING CHEUNG; YOUNG NG YING
23
24 Dated:  August 6, 2012                    BECKMAN MARQUEZ & DOWLING LLP
25
                                             */s/  Richard L. Beckman*
26                                           _____
                                             Richard L. Beckman
27                                           Attorneys for Defendants
                                             VILLAGE PIZZERIA; VILLAGE PIZZERIA, INC.;
28                                           and MACIEL CICERO

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the Court's August 27, 2012 Case Management Conference is hereby continued until September 10, 2012 at 1:30 p.m.

**IT IS HEREBY FURTHER ORDERED** that the parties shall submit their joint statement on or before August 20, 2012.

DATED: _____08/07_____, 2012

_____
Honorable Thelton E. Henderson
UNITED STATES DISTRICT COURT JUDGE

*Yates v. Yee Mei Cheung & Family, et al.*, Case No. 3:10-cv-05404-TEH
Stipulation and [Proposed] Order to Continue Hearing on Case Management Conference
3